UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> TIVO INC., <br><br> Defendant. | Case No. 4:10-CV-01059-SBA <br><br><br> **CASE MANAGEMENT SCHEDULING ORDER** |
| TIVO INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P., <br><br> Counterclaim Defendants. | |

| **Event** | | |
|---|---|---|
| Infringement Contentions (Patent L.R. 3-1) due | 09/13/2010 | |
| Invalidity Contentions (Patent L.R. 3-3) due | 09/28/2010 | |
| Proposed Terms for Construction (Patent L.R. 4-1) due | 09/28/2010 | |
| Preliminary Claim Constructions (Patent L.R. 4-2) due | 10/18/2010 | |
| Joint Claim Construction and expert reports regarding claim construction due (Patent L.R. 4-3) | 11/12/2010 | |
| Last day for claim construction discovery (Patent L.R. 4-4) | 11/22/2010 | |

| | | |
|---|---|---|
| Deadline to amend pleadings without leave of Court.<br><br>*TiVo proposes that this deadline should not apply to inequitable conduct allegations (after this date it is necessary to obtain leave of Court to amend pleadings)* | 12/17/2010 | |
| Opening Claim Construction Brief (in compliance with Patent L.R. 4-5(b)) | 12/06/2010 | |
| Opposing Claim Construction Brief (in compliance with Patent L.R. 4-5(c)) | 12/20/2010 | |
| Reply Claim Construction Brief (in compliance with Patent L.R. 4-5(c)) | 1/07/2011 | |
| | | |
| Claim Construction Hearing | 1/27/11 @ 9:00 AM FOR 1-3 HOURS | |
| Further Case Management Conference | 1/27/11 After Claim Construction Hearing | |

DATED: July 1, 2010

_____
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE