BAKER BOTTS L.L.P.
Bryant C. Boren Jr. (SBN 260602)
Kevin E. Cadwell (SBN 255794)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile : (650) 739-7699
Email: bryant.c.boren@bakerbotts.com
Email: kevin.cadwell@bakerbotts.com

Attorneys for Plaintiffs and Counterclaim Defendants
AT&T Intellectual Property I, L.P. and
AT&T Intellectual Property II, L.P.

IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
Perry M. Goldberg (SBN 168976)
Andrei Iancu (SBN 184973)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: mchu@irell.com
Email: pgoldberg@irell.com
Email: aiancu@irell.com

Attorneys for Defendant and Counterclaim Plaintiff
TiVo Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> TIVO INC., <br><br> Defendant. | **AMENDED STIPULATION CONCERNING THE COURT'S CASE MANAGEMENT SCHEDULING ORDER** <br><br> Case No. 4:10-CV-01059-SBA |
| TIVO INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P., <br><br> Counterclaim Defendants. | |

Case No. 4:10-CV-01059-SBA
STIPULATION RE: SCHEDULING ORDER

I.  **CORRECTIONS TO THE CASE MANAGEMENT SCHEDULING ORDER ARE CORRECT AND APPROPRIATE**

On June 24, 2010, the Court held an initial case management conference in the above-captioned case. The Court set a claim construction schedule based on the Local Patent Rules for the Northern District of California. Among the dates set by the Court were the following:

| Event | Dates Set By Court at Case Management Conference |
| --- | --- |
| Infringement Contentions (Patent L.R. 3-1) due | July 8, 2010 |
| Invalidity Contentions (Patent L.R. 3-3) due | August 23, 2010 |
| Proposed Terms for Construction (Patent L.R. 4-1) due | September 7, 2010 |
| Preliminary Claim Constructions (Patent L.R. 4-2) due | September 27, 2010 |
| Joint Claim Construction and expert reports regarding claim construction due (Patent L.R. 4-3) | October 22, 2010 |

On July 1, 2010, the Court issued a Case Management Scheduling Order. Docket No. 34. However, the Case Management Scheduling Order sets forth dates for the events listed above that differ from the dates set by the Court at the initial case management conference. The dates set forth in the Case Management Scheduling Order are as follows:

| Event | Dates Set By Court in Scheduling Order |
|---|---|
| Infringement Contentions (Patent L.R. 3-1) due | September 13, 2010 |
| Invalidity Contentions (Patent L.R. 3-3) due | September 28, 2010 |
| Proposed Terms for Construction (Patent L.R. 4-1) due | September 28, 2010 |
| Preliminary Claim Constructions (Patent L.R. 4-2) due | October 18, 2010 |
| Joint Claim Construction and expert reports regarding claim construction due (Patent L.R. 4-3) | November 12, 2010 |

These dates deviate significantly from the Local Patent Rules. For example, defendant's invalidity contentions are due fifteen days after plaintiffs' infringement contentions are served. Under the Local Patent Rules, defendant should have forty-five days in which to prepare its invalidity contentions. In addition, the parties' proposed terms for construction are due the same day as defendant's invalidity contentions. Under the Local Patent Rules, the parties should have fourteen days in which to identify their proposed terms for construction.

The other dates set by the Court (i.e., the dates that are not identified above) are correct. However, the Case Management Scheduling Order contains the following italicized language in the Deadline to Amend Pleadings Without Leave of Court: "*TiVo proposes that this deadline should not apply to inequitable conduct allegations (after this date it is necessary to obtain leave of Court to amend pleadings)*." Both parties agree that, in view of the Court's statements at the initial case management conference, this language should be stricken.

Counsel for the parties jointly contacted the Court regarding the incorrect dates and the italicized language in the Case Management Scheduling Order. The parties were told to file the

instant stipulation, requesting a correction of the Case Management Scheduling Order to reflect the dates set by the Court at the initial case management conference (in accordance with the Local Patent Rules) and removing the italicized language.

## II. STIPULATION

THEREFORE, THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and respectfully request that the Court correct the Court's Case Management Scheduling Order as follows:

| Event | Current Date | New Corrected Date |
|---|---|---|
| Infringement Contentions (Patent L.R. 3-1) due | September 13, 2010 | July 8, 2010 |
| Invalidity Contentions (Patent L.R. 3-3) due | September 28, 2010 | August 23, 2010 |
| Proposed Terms for Construction (Patent L.R. 4-1) due | September 28, 2010 | September 7, 2010 |
| Preliminary Claim Constructions (Patent L.R. 4-2) due | October 18, 2010 | September 27, 2010 |
| Joint Claim Construction and expert reports regarding claim construction due (Patent L.R. 4-3) | November 12, 2010 | October 22, 2010 |
| Deadline to amend pleadings without leave of Court. | December 17, 2010 | December 17, 2010 |

1 | DATED: July 8, 2010

Respectfully submitted,

BAKER BOTTS L.L.P.

By: _____/s/ Kevin E. Cadwell_____
Kevin E. Cadwell
Attorneys for Plaintiffs and Counterclaim Defendants
AT&T Intellectual Property I, L.P. and
AT&T Intellectual Property II, L.P.

IRELL & MANELLA LLP

By: _____/s/ Azar Mouzari_____
Azar Mouzari
Attorneys for Defendant and Counterclaim Plaintiff
TiVo Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: 7/20/10

_____
Hon. Saundra B. Armstrong
United States District Judge

Case No. 4:10-CV-01059-SBA
STIPULATION RE: SCHEDULING ORDER