| | |
|---|---|
| BAKER BOTTS L.L.P.<br>Bryant C. Boren Jr. (SBN 260602)<br>Kevin E. Cadwell (SBN 255794)<br>620 Hansen Way<br>Palo Alto, CA 94304<br>Telephone: (650) 739-7500<br>Facsimile : (650) 739-7699<br>Email: bryant.c.boren@bakerbotts.com<br>Email: kevin.cadwell@bakerbotts.com<br>Attorneys for Plaintiffs and Counterclaim Defendants<br>AT&T Intellectual Property I, L.P. and<br>AT&T Intellectual Property II, L.P. | IRELL & MANELLA LLP<br>Morgan Chu (SBN 70446)<br>Perry M. Goldberg (SBN 168976)<br>Andrei Iancu (SBN 184973)<br>Azar Mouzari (SBN 263461)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>Email: mchu@irell.com<br>Email: pgoldberg@irell.com<br>Email: aiancu@irell.com<br>Email: amouzari@irell.com<br>Attorneys for Defendant and Counterclaim Plaintiff TiVo Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P.,<br><br>            Plaintiffs,<br><br>   v.<br><br>TIVO INC.,<br><br>            Defendant.<br><br>TIVO INC.,<br><br>            Counterclaim Plaintiff,<br><br>   v.<br><br>AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P.,<br><br>            Counterclaim Defendants. | **JOINT STIPULATION TO AMEND INVALIDITY CONTENTIONS PURSUANT TO PATENT L.R. 3-6**<br><br>Case No. 4:10-CV-01059-SBA |

## I. AMENDMENT TO TIVO'S INVALIDITY CONTENTIONS PURSUANT TO PATENT L.R. 3-6

On August 23, 2010, Defendant TiVo Inc. served its Invalidity Contentions on Plaintiffs AT&T Intellectual Property I, L.P. and AT&T Intellectual Property II, L.P.  In preparing its Proposed Terms for Construction, Defendant learned that it had inadvertently not included the following claim element under its §§ 101 and 112 defenses for claim 9 of U.S. Patent No. 6,983,478: "A method for journaling information about subscriber use of a media delivery network for delivering programming and a merge processor for analyzing the resulting journaled information, the method comprising the steps of."

Defendant requested and Plaintiffs agreed to allow Defendant to amend its Invalidity Contentions to include the above-cited element of claim 9 under its §§ 101 and 112 defenses.

## II. STIPULATION

THEREFORE, THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and respectfully request that the Court find that Defendant has satisfied the good cause requirement of Patent L.R. 3-6, and that Defendant shall be permitted to amend its Invalidity Contentions to include the above-cited element of claim 9 under its §§ 101 and 112 defenses.

| | | |
|---|---|---|
|1| Dated: September 15, 2010 | /s/ Kevin E. Cadwell |
|2| | Kevin E. Cadwell |

Dated: September 15, 2010          /s/ Kevin E. Cadwell
                                   Kevin E. Cadwell

BAKER BOTTS L.L.P.
Bryant C. Boren Jr. (SBN 260602)
Kevin E. Cadwell (SBN 255794)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile : (650) 739-7699
Email: bryant.c.boren@bakerbotts.com
Email: kevin.cadwell@bakerbotts.com

Attorneys for Plaintiffs AT&T Intellectual Property I, L.P. and AT&T Intellectual Property II, L.P

Dated: September 15, 2010          /s/ Azar Mouzari
                                   Azar Mouzari

IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
Perry M. Goldberg (SBN 168976)
Andrei Iancu (SBN 184973)
Azar Mouzari (SBN 263461)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
E-mail: mchu@irell.com
E-mail: pgoldberg@irell.com
E-mail: aiancu@irell.com
E-mail: amouzari@irell.com

Attorneys for Defendant TiVo Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date:  9/17/10                     *[signature]*
                                   Hon. Saundra B. Armstrong
                                   United States District Judge

Case No. 4:10-CV-01059-SBA
STIPULATION RE:  AMENDMENT TO CONTENTIONS

**ATTESTATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories in lieu of their signature(s) on the document.

By: /s/ Azar Mouzari
Azar Mouzari

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on file with the Clerk of Court.

By: /s/ Azar Mouzari
Azar Mouzari