1  BAKER BOTTS L.L.P.
   Bryant C. Boren Jr. (SBN 260602)
2  Kevin E. Cadwell (SBN 255794)
   620 Hansen Way
3  Palo Alto, CA 94304
   Telephone: (650) 739-7500
4  Facsimile : (650) 739-7699
   Email: bryant.c.boren@bakerbotts.com
5  Email: kevin.cadwell@bakerbotts.com

6  BAKER BOTTS L.L.P.
   Roger Fulghum (TX #00790724) (admitted *pro hac vice*)
7  Lisa Kelly (TX #24041659) (admitted *pro hac vice*)
   One Shell Plaza
8  910 Louisiana
   Houston, TX  77002
9  Telephone:  (713) 229-1234
   Facsimile:   (713) 229.1522
10 Email: roger.fulghum@bakerbotts.com
   Email: lisa.kelly@bakerbotts.com

11
   Attorneys for Plaintiffs and Counterclaim Defendants
12 AT&T Intellectual Property I, L.P. and
   AT&T Intellectual Property II, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>TIVO INC.,<br><br>Defendant. | Case No. 4:10-CV-01059-SBA<br><br>**ORDER ON STIPULATION TO EXTEND MEDIATION DEADLINE** |
| TIVO INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P.,<br><br>Counterclaim Defendants. | **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER ON STIPULATION TO EXTEND MEDIATION DEADLINE

Having reviewed the stipulation of the parties, the Court finds good cause to adopt and approve them. Accordingly, **PURSUANT TO STIPULATION, IT IS SO ORDERED THAT**:

The deadline for conducting private mediation in this matter is now December 3, 2010.

Date:   10/6/10

_Saundra B Armstrong_
Hon. Saundra B. Armstrong
United States District Judge