Baker Botts L.L.P.
Bryant C. Boren Jr. (SBN 260602)
Kevin E. Cadwell (SBN 255794)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile : (650) 739-7699
Email: bryant.c.boren@bakerbotts.com
Email: kevin.cadwell@bakerbotts.com
BAKER BOTTS L.L.P.
Roger Fulghum (TX #00790724)
(admitted *pro hac vice*)
Lisa Kelly (TX #24041659)
(admitted *pro hac vice*)
One Shell Plaza
910 Louisiana
Houston, TX  77002
Telephone:  (713) 229-1234
Facsimile:   (713) 229.1522
Email: roger.fulghum@bakerbotts.com
Email: lisa.kelly@bakerbotts.com

Attorneys for Plaintiffs and Counterclaim
Defendants
AT&T Intellectual Property I, L.P. and
AT&T Intellectual Property II, L.P.

IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
Perry M. Goldberg (SBN 168976)
Andrei Iancu (SBN 184973)
Azar Mouzari (SBN 263461)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: mchu@irell.com
Email: pgoldberg@irell.com
Email: aiancu@irell.com
Email: amouzari@irell.com

Attorneys for Defendant and Counterclaim
Plaintiff TiVo Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> TIVO INC., <br><br> Defendant. | Case No. 4:10-CV-01059-SBA <br><br> **ORDER ON STIPULATION TO EXTEND MEDIATION DEADLINE** |
| TIVO INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P., <br><br> Counterclaim Defendants. | **JURY TRIAL DEMANDED** |

[PROPOSED ORDER] ON STIPULATION TO
EXTEND MEDIATION DEADLINE

Case No. 4:10-CV-01059-SBA

## [PROPOSED] ORDER ON STIPULATION TO EXTEND MEDIATION DEADLINE

Having reviewed the stipulation of the parties, the Court finds good cause to adopt and approve them. Accordingly, **PURSUANT TO STIPULATION, IT IS SO ORDERED THAT**:

The deadline for conducting private mediation in this matter is now January 27, 2011.

Date:   12/8/10

_____
Hon. Saundra B. Armstrong
United States District Judge