BAKER BOTTS L.L.P.
Bryant C. Boren Jr. (SBN 260602)
Kevin E. Cadwell (SBN 255794)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile : (650) 739-7699
Email: bryant.c.boren@bakerbotts.com
Email: kevin.cadwell@bakerbotts.com
Attorneys for Plaintiffs and Counterclaim Defendants
AT&T Intellectual Property I, L.P. and
AT&T Intellectual Property II, L.P.

IRELL & MANELLA LLP
Morgan Chu (70446)
Joseph M. Lipner (155735)
Sam K. Lu (171969)
Azar Mouzari (263461)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:  (310) 203-7199
E-mail: mchu@irell.com
E-mail: jlipner@irell.com
E-mail: slu@irell.com
E-mail: amouzari@irell.com
Attorneys for Defendant and Counterclaim Plaintiff TiVo Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P.,<br><br>            Plaintiffs,<br><br>     v.<br><br>TIVO INC.,<br><br>            Defendant. | **JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>Case No. 4:10-CV-01059-SBA |
| TIVO INC.,<br><br>            Counterclaim Plaintiff,<br><br>     v.<br><br>AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P.,<br><br>            Counterclaim Defendants. | |

Case No. 4:10-CV-01059-SBA
STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Civil Local Rule 6-1, the undersigned counsel hereby agreed to a two-week extension of time for Defendant TiVo Inc. to answer, plead, or otherwise respond to Plaintiffs' Amended Complaint in the above-captioned litigation. Plaintiffs served the Amended Complaint in this matter on December 17, 2010. Defendant's response to the Amended Complaint was originally due on January 6, 2011. The Parties hereby agree to extend that date to and including January 20, 2011.

Dated: December 23, 2010

/s/ Kevin E. Cadwell
Kevin E. Cadwell

BAKER BOTTS L.L.P.
Bryant C. Boren Jr. (SBN 260602)
Kevin E. Cadwell (SBN 255794)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile : (650) 739-7699
Email: bryant.c.boren@bakerbotts.com
Email: kevin.cadwell@bakerbotts.com

Attorneys for Plaintiffs AT&T Intellectual Property I, L.P. and AT&T Intellectual Property II, L.P

Dated: December 23, 2010

/s/ Azar Mouzari
Azar Mouzari

IRELL & MANELLA LLP
Morgan Chu (70446)
Joseph M. Lipner (155735)
Sam K. Lu (171969)
Azar Mouzari (263461)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:  (310) 203-7199
E-mail: mchu@irell.com
E-mail: jlipner@irell.com
E-mail: slu@irell.com
E-mail: amouzari@irell.com

Attorneys for Defendant TiVo Inc.

1
2      PURSUANT TO STIPULATION, IT IS SO ORDERED

3   Date:   12/29/10                    _____
4                                        Hon. Saundra B. Armstrong
                                         United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 4:10-CV-01059-SBA                -3-
STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

**ATTESTATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories in lieu of their signature(s) on the document.

By: /s/ Azar Mouzari
Azar Mouzari

Case No. 4:10-CV-01059-SBA -4-
STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on file with the Clerk of Court.

By: /s/ Azar Mouzari
Azar Mouzari