BAKER BOTTS L.L.P.
Bryant C. Boren Jr. (SBN 260602)
Kevin E. Cadwell (SBN 255794)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile : (650) 739-7699
Email: bryant.c.boren@bakerbotts.com
Email: kevin.cadwell@bakerbotts.com
Attorneys for Plaintiffs and Counterclaim
Defendants
AT&T Intellectual Property I, L.P. and
AT&T Intellectual Property II, L.P.

IRELL & MANELLA LLP
Morgan Chu (70446)
Joseph M. Lipner (155735)
Samuel K. Lu (171969)
Azar Mouzari (263461)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:    (310) 277-1010
Facsimile:  (310) 203-7199
E-mail: mchu@irell.com
E-mail: jlipner@irell.com
E-mail: slu@irell.com
E-mail: amouzari@irell.com
Attorneys for Defendant and Counterclaim
Plaintiff TiVo Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

AT&T INTELLECTUAL PROPERTY I, L.P. and
AT&T INTELLECTUAL PROPERTY II, L.P.,

Plaintiffs,

v.

TIVO INC.,

Defendant.

TIVO INC.,

Counterclaim Plaintiff,

v.

AT&T  INTELLECTUAL  PROPERTY  I, L.P.  and
AT&T INTELLECTUAL PROPERTY II, L.P.,

Counterclaim Defendants.

**JOINT STIPULATION TO AMEND TIVO INC.'S INVALIDITY CONTENTIONS PURSUANT TO PATENT L.R. 3-6**

Case No. 4:10-CV-01059-SBA

## I.   AMENDMENT TO TIVO'S INVALIDITY CONTENTIONS PURSUANT TO PATENT L.R. 3-6

On August 23, 2010, Defendant TiVo Inc. served its Invalidity Contentions on Plaintiffs AT&T Intellectual Property I, L.P. and AT&T Intellectual Property II, L.P.  On September 15, 2010, Defendant served its First Amended Invalidity Contentions, which contained one minor change, namely the inclusion of a claim element under Defendant's §§ 101 and 112 defenses.  On December 3, 2010, Defendant filed reexamination requests for the four patents-in-suit asserted by AT&T:  United States Patent Nos. 5,809,492 ("'492"), 5,922,045 ("'045"), 6,118,976 ("'976"), and 6,983,478 ("'478")'478 patent.  The reexamination requests for the '045 patent and the '976 patent are based on prior art references which were not of record during the original prosecutions, and also not included in Defendant's original invalidity contentions.

In connection with its petitions for reexamination of the patents-in-suit, Defendant became aware of prior art references significant to patentability that were not included in its original invalidity contentions.  Defendant has attempted to be diligent concerning discovery of prior art during this litigation and does not seek to amend its contentions for any improper purpose.  Defendant requested and Plaintiffs agreed to allow Defendant to amend its First Amended Invalidity Contentions to include the additional references.

## II.   STIPULATION

THEREFORE, THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and respectfully request that the Court find that Defendant has satisfied the good cause requirement of Patent L.R. 3-6, and that Defendant shall be permitted to amend its First Amended Invalidity Contentions to include additional references.

1  Dated: December 28, 2010                    /s/ Kevin E. Cadwell
2                                              Kevin E. Cadwell

3                                              BAKER BOTTS L.L.P.
                                               Bryant C. Boren Jr. (SBN 260602)
4                                              Kevin E. Cadwell (SBN 255794)
                                               620 Hansen Way
5                                              Palo Alto, CA 94304
                                               Telephone: (650) 739-7500
6                                              Facsimile : (650) 739-7699
                                               Email: bryant.c.boren@bakerbotts.com
7                                              Email: kevin.cadwell@bakerbotts.com

8                                              Attorneys for Plaintiffs AT&T Intellectual
                                               Property I, L.P. and AT&T Intellectual Property
9                                              II, L.P

10 Dated: December 28, 2010                    /s/ Azar Mouzari
                                               Azar Mouzari
11
                                               IRELL & MANELLA LLP
12                                             Morgan Chu (70446)
                                               Joseph M. Lipner (155735)
13                                             Samuel K. Lu (171969)
                                               Azar Mouzari (263461)
14                                             1800 Avenue of the Stars, Suite 900
                                               Los Angeles, California 90067-4276
15                                             Telephone:    (310) 277-1010
                                               Facsimile:  (310) 203-7199
16                                             E-mail: mchu@irell.com
                                               E-mail: jlipner@irell.com
17                                             E-mail: slu@irell.com
                                               E-mail: amouzari@irell.com
18
                                               Attorneys for Defendant TiVo Inc.
19

20

21

22        PURSUANT TO STIPULATION, IT IS SO ORDERED

23

24  Date:  12/30/10                            _____
                                               Hon. Saundra B. Armstrong
25                                             United States District Judge

26

27

28

Case No. 4:10-CV-01059-SBA
STIPULATION RE:  AMENDMENT TO CONTENTIONS

1

2

**ATTESTATION OF CONCURRENCE**

3

4
     I hereby attest that concurrence in the filing of the document has been obtained from each

5
of the other signatories in lieu of their signature(s) on the document.

6
                  By: _/s/ Azar Mouzari_____
                      Azar Mouzari

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                          **CERTIFICATE OF SERVICE**

3          I hereby certify that on December 28, 2010, I electronically filed the foregoing with the

4   Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-

5   mail addresses on file with the Clerk of Court.

6

7                                          By:  /s/ Azar Mouzari
                                                Azar Mouzari
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28