| | |
|---|---|
| IRELL & MANELLA LLP<br>Winston Liaw (273899)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>E-mail: wliaw@irell.com<br>Attorney for Defendant TiVo Inc. | BAKER BOTTS L.L.P.<br>Bryant C. Boren Jr. (SBN 260602)<br>620 Hansen Way<br>Palo Alto, CA 94304<br>Telephone: (650) 739-7500<br>Facsimile: (650) 739-7699<br>Email: bryant.c.boren@bakerbotts.com<br>Attorney for Plaintiffs and Counterclaim Defendants<br>AT&T Intellectual Property I, L.P. and<br>AT&T Intellectual Property II, L.P.<br>Attorneys for Plaintiff AT&T Intellectual Property I, L.P. and AT&T Intellectual Property II, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY I, L.P., and<br>AT&T INTELLECTUAL PROPERTY II, L.P.,<br><br>    Plaintiffs<br><br>    v.<br><br>TIVO INC.,<br><br>    Defendant.<br><br>TIVO INC.,<br><br>    Counterclaim Plaintiff,<br>    v.<br><br>AT&T INTELLECTUAL PROPERTY I, L.P., and<br>AT&T INTELLECTUAL PROPERTY II, L.P.,<br><br>    Counterclaim Defendants. | Case No. 4:10−CV−01059−SBA<br><br>**JOINT STIPULATION TO PERMIT ADAM GOLDBERG AND AZAR MOUZARI TO WITHDRAW AS COUNSEL**<br><br>**JURY TRIAL DEMANDED** |

JOINT STIPULATION TO PERMIT ADAM GOLDBERG
AND AZAR MOUZARI TO WITHDRAW AS COUNSEL
Case No. 4:10−CV−01059−SBA

2443708

1  The parties stipulate and respectfully request that the Court enter an order permit Adam
2  Goldberg and Azar Mouzari to withdraw as counsel for TiVo, as they are no longer employed at
3  Irell & Manella LLP.  All other attorneys involved in the case from Irell & Manella LLP continue
4  to represent TiVo Inc.

Respectfully submitted,

Dated: August 11, 2011    **IRELL & MANELLA LLP**

By: /s/ Winston Liaw
 Winston Liaw

Dated: August 11, 2011    **BAKER BOTTS L.L.P.**

By: /s/ Bryant C. Boren Jr.
 Bryant C. Boren Jr.

1 **ORDER**

2       Based on the foregoing stipulation, the Court hereby ORDERS that Adam Goldberg and

3 Azar Mouzari have withdrawn as counsel for Defendant and Counterclaim Plaintiff TiVo Inc. in

4 this action.

5

6 Dated:   8/22/11                                    *Saundra B. Armstrong*
                                                              UNITED STATES DISTRICT JUDGE

7

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on August 11, 2011, the foregoing document was filed electronically, in compliance with Local Rule CV 5-4, using the CM/ECF system which will send notification of such filing to the e-mail addresses on file with the Clerk of Court.

By:    /s/ Winston Liaw               
            Winston Liaw

JOINT STIPULATION TO PERMIT ADAM GOLDBERG
AND AZAR MOUZARI TO WITHDRAW AS COUNSEL
Case No. 4:10−CV−01059−SBA

2443708