BAKER BOTTS L.L.P.
Bryant C. Boren Jr. (SBN 260602)
Kevin E. Cadwell (SBN 255794)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile : (650) 739-7699
Email: bryant.c.boren@bakerbotts.com
Email: kevin.cadwell@bakerbotts.com

*Attorneys for Plaintiffs AT&T Intellectual Property I, L.P. and AT&T Intellectual Property II, L.P.*

IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
Andrei Iancu (SBN 184973)
Samuel Lu (SBN 171969)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199
E-mail: mchu@irell.com
E-mail: aiancu@irell.com
E-mail: slu@irell.com

*Attorneys for Defendant TiVo Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY I, L.P. and AT&T INTELLECTUAL PROPERTY II, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> TIVO INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 4:10-CV-01059-SBA <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

## **ORDER**

Plaintiffs and Counterclaim-Defendants AT&T Intellectual Property I, L.P. and AT&T Intellectual Property II, L.P. (collectively, "AT&T") and Defendant and Counterclaim-Plaintiff TiVo Inc. ("TiVo") have submitted a STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE (Document No. 91).

**PURSUANT TO THE STIPULATION OF ALL PARTIES, THE COURT HEREBY ORDERS THAT** the complaint filed by AT&T in this action, and all claims set forth therein, and the counterclaims filed by TiVo in this action, shall be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 26, 2012

*Saundra B. Armstrong*
Hon. Saundra B. Armstrong
United States District Judge